NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE ROSUVASTATIN CALCIUM PATENT LITIGATION

---

**ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS INC., AND SHIONOGI SEIYAKU KABUSHIKI KAISHA,**
*Plaintiffs-Appellees,*

v.

**AUROBINDO PHARMA LIMITED,**
*Defendant-Appellant,*

and

**MYLAN PHARMACEUTICALS INC.,**
*Defendant-Appellant,*

and

**APOTEX CORP.,**
*Defendant-Appellant,*

and

**COBALT PHARMACEUTICALS INC. AND COBALT LABORATORIES INC.,**
*Defendants-Appellants,*

and

**SUN PHARMACEUTICAL INDUSTRIES, LTD.,**
*Defendant-Appellant,*

**and**

## TEVA PHARMACEUTICALS USA, INC.,
*Defendant-Appellant,*

**and**

## PAR PHARMACEUTICAL, INC.,
*Defendant-Appellant,*

**and**

## SANDOZ, INC.,
*Defendant.*

---

2010-1460, -1461, -1462, -1463, -1464, -1465, -1466, -1467, -1468, -1469, -1470, -1471, -1472, -1473

---

Appeals from the United States District Court for the District of Delaware in case nos. 08-MD-1949, 07-CV-0810, 07-CV-0805, 07-CV-0809, 07-CV-0811, 07-CV-0806, 08-CV-0426, and 07-CV-0808, Judge Joseph J. Farnan, Jr.

---

## ON MOTION

---

## ORDER

Apotex Corp. moves for separate oral argument with respect to an issue in these appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is deferred for consideration by the merits panel assigned to hear this case. Copies of this order, the motion and any response shall be transmitted to the merits panel.

FOR THE COURT

MAR 2 4 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Charles E. Lipsey, Esq.
Robert B. Breisblatt, Esq.
Jeffrey S. Ward, Esq.
Steven A. Maddox, Esq.
William A. Rakoczy, Esq.
Dutch Chung, Esq.
James F. Hurst, Esq.
Jeffry M. Nichols, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAR 2 4 2011**

**JAN HORBALY**
**CLERK**